DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

BROWN v. BOONE

No. 628P86.

Case below: 82 N.C. App. 761.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 6 January 1987.

COOK v. SOUTHERN BONDED, INC.

No. 573P86.

Case below: 82 N.C. App. 277.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 6 January 1987.

DANIELS v. N. C. DIVISION OF MOTOR VEHICLES

No. 574P86.

Case below: 82 N.C. App. 591.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 January 1987.

DEPT. OF TRANSPORTATION v. HIGDON

No. 659P86.

Case below: 82 N.C. App. 752.

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 6 January 1987. Motion by plaintiff to dismiss appeal for lack of significant public interest allowed 6 January 1987.

DEPT. OF TRANSPORTATION v. QUICK AS A WINK OF ASHEVILLE

No. 660P86.

Case below: 82 N.C. App. 755.

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 6 January 1987. Motion by plaintiff to dismiss appeal for lack of significant public interest allowed 6 January 1987.